67 A.3d 1188

JAMES W. DABNEY, PLAINTIFF–PETITIONER, v. TOTAL
RELOCATION SERVICES, LLC, DEFENDANT, AND
T.D. BANK, N.A., DEFENDANT–RESPONDENT.

June 7, 2013.

Denied.

67 A.3d 1188

GIUSEPPE GRILLO, ET AL., PLAINTIFFS–PETITIONERS,
v. GOVERNOR CHRISTOPHER J. CHRISTIE,
DEFENDANT–RESPONDENT.

June 20, 2013.

This matter having been brought to the Court on plaintiffs' motion for emergent relief concerning the writ of election issued by the Governor on June 4, 2013; and it appearing that the order entered by the Superior Court, Appellate Division on June 13, 2013, which rejected plaintiffs' challenge to the writ of election, was a final disposition of plaintiffs' appeal in the Appellate Division; and plaintiffs having therefore filed, as they must, a notice of petition for certification; and plaintiffs having relied on their emergent motion papers in support of the petition; and the Court having considered all papers filed with this Court and in the Appellate Division by the parties and amici curiae; it is hereby

ORDERED that the petition for certification is denied, which disposes of the matter before this Court and renders plaintiffs' motion for emergent relief moot.